DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00091 EXE |
| Plaintiff, | ) |
| | ) ORDER GRANTING UNITED STATES' |
| | ) REQUEST FOR LEAVE AND NOTICE OF |
| v. | ) DISMISSAL OF INDICTMENT |
| | ) |
| TIERRA SCOTT-BERNARD, | ) |
| | ) |
| a/k/a Tierra Scott | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the request of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned Indictment without prejudice. The indictment is therefore dismissed.

DATE: ___February 11, 2020___

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

ORDER GRANTING U.S. NOTICE OF DISMISSAL
CR 16-00091 EXE